U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

On (date) 10/1/2014
At (time) 11:35 pm
(Name) Khalilah Smith
(Location) 455 MEADOWFIELD ROAD, GASTON, SC

Item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | 69 DVDRs / CDRs |
| 2 | 3 SMALL PLASTIC BAGS CONTAINING GREEN LEAFY SUBSTANCE |
| 3 | TWO DVD-RS TITLED CASINO ROYALE AND INSIDIOUS 2 |
| 4 | $862 US CURRENCY |
| 5 | BRASS CASING R-P OBE AUTO |
| 6 | 11,065 IN CASH |
| 7 | BLACK SCALE DIGITAL |
| 8 | BOTTLE LABELED INOSITOL W/WHITE POWDERY SUBSTANCE |
| 9 | JAR CONTAINING GREEN LEAFY SUBSTANCE |
| 10 | ZIPLOCK BAG OF WHITE POWDER SUBSTACE |
| 11 | NEWSPAPER AND SPOOD WITH A WHITE POWDER SUBSTANCE |
| 12 | WHITE DIGITAL SCALE |
| 13 | SMALL BLACK DIGITAL SCALE |
| 14 | 7 - 380 CAL, 14 - 38 SPECIAL, 5 - 44, 2 PISTOL SLUGS AND 5 MORE 44 |
| 15 | CHARTER ARMS .44 SPL PISTOL |
| 16 | BOND ARMS 45 COLT |
| 17 | SMITH & WESSON PISTOL .38 |
| 18 | BERNARDELLI 7.65 CAL PISTOL |
| 19 | BLU TABLET |
| 20 | (1) ONE ZTE CELL PHONE (1) ONE KYOCERO CELL PHONE |
| 21 | NOTE STYLE CELL PHONE |
| 22 | BLACK NIKON CAMERA - D3200 |
| 23 | SEVEN CELL PHONES |

| ITEM# | DESCRIPTION |
|---|---|
| 24 | MISC DOCUMENTS |
| 25 | MISC DOCUMENTS RELATED TO DOGS |
| 26 | LETTER FROM PRISON |
| 27 | MISC DOCUMENTS |
| 28 | TREADMILL |
| 29 | SONY CYBERSHOT |
| 30 | WHITE POWDER SUBSTANCE |
| 31 | GREEN LEAFY SUBSTANCE |
| 32 | MISC PHOTOGRAPHS |
| 33 | 118 DVD-RS |
| 34 | TEN (10) ROUNDS .22 CALIBER W/ SINGLE MAGAZINE |
| 35 | 9 MM LUGER FED. AMMO 50 COUNT 100 ROUDS BLAZER . 22 CAL / 27 ROUNDS LOOSE .22 CAL / 26 ROUNDS 380 REMINGT CAL |
| 36 | ONE (1) MAXWEST TAB PHON 72 DC FFC ID # ONGTABPHONE72DC W/ BOX AND NO CHARGER |
| 37 | ONE (1) RIVAL VACUUM SEALER WHITE |
| 38 | LETTERS / CELL PHONE BILLING / SPRINT PHONE BILL / BAIL BOND / DMV |
| 39 | ONE (1) PRESS / 20 TON SHOP PRESS & BATTLE JACK - BIG RED |
| 40 | ONE (1) HANG WEIGHT BLACK W/ HOOK |
| 41 | ONE (1) MOTOROLA i455 NO CHARGER |
| 42 | KODAK 34 MM DISPOSABLE CAMERA / SAMSUNG 13.6 MEGAPIXEL CAMERA |
| 43 | RUGER .22 RIFLE / BLACK W/ SCOPE S/N 247-67410 |
| 44 | ONE RIFLE / BROWN STOCK |

35 DOGS

| ITEM# | DESCRIPTION |
|---|---|

(END OF LIST)

Total of 44 Item(s) Listed

This is to certify that Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, at the time of conducting a search of my person and/or the property (455 MEADOWFIELD ROAD, GASTON, SC) obtained the above listed items. I further certify that the above represents all that was obtained by Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice.

_Khalilah Smith_
Signature

Witnessed: _[signature]_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

_[signature]_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice