# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>455 Meadowfield Road, Gaston, SC<br>(Smith's Residence) | )<br>)<br>) Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ South Carolina _____
*(identify the person or describe the property to be searched and give its location)*:

The residence located at 455 Meadowfield Road, Gaston, SC, described more fully in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of dog fighting and the interstate transportation of dogs for the purpose of fighting, as described more fully in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ~~October~~ November 3, 2014 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ **PAIGE J. GOSSETT** _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: October 20, 2014
12:39 p.m.

City and state: Columbia, South Carolina

*Judge's signature*

Paige Jones Gossett, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>10/24/2014 11:00 am | Copy of warrant and inventory left with:<br>Khalilah Smith |

Inventory made in the presence of:
SA Brian M. Jones

Inventory of the property taken and name of any person(s) seized:

1. Rubbermaid container with marijuana
2. Four compact disks
3. Sodium Chloride and funnel
4. $1,500 U.S. Currency
5. K-9 Medical Kit
6. K-9 Rape Kit
7. Twelve (12) live K-9 dogs
8. One (1) dead K-9 found in dog house
9. Nine (9) dog chains
10. Three (3) K-9 remains that were burried

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/23/2014

*Executing officer's signature*

Brian M. Jones, Special Agent
*Printed name and title*